#37/39

Copy 11/24/03

Motion to Enlarge Time is granted. So Ordered.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED STATES OF AMERICA,        :    No. 3:01CV-1086(JCH)

        Plaintiff                    :

v.                               :

ONE PARCEL OF PROPERTY           :
LOCATED AT 27 LINCOLN AVENUE,    :
NORWALK, CONNECTICUT, WITH ALL   :    October 31, 2003
APPURTENANCES AND                :
IMPROVEMENTS THEREON,            :

        Defendants.                  :

[CLAIMANT: ALQUEEN BURDEN].      :

---

**CLAIMANT ALQUEEN BURDEN'S MOTION TO ENLARGE TIME
TO COMPLETE DISCOVERY AND SECOND MOTION FOR PROTECTIVE ORDER**

    Undersigned counsel respectfully requests that the court enlarge the time for completion of depositions in the above-referenced matter. On October 1, 2003, undersigned counsel appeared before this court with AUSA Hank Kopel. At that time, the matter of additional time for completion of discovery was taken up with the court. At that time, undersigned counsel understood both parties to be in need of additional time to complete discovery. The court was advised that the government's written discovery had been delivered that date (October 1, 2003) and that Claimant Alqueen Burden's written discovery would be delivered two days later, October 3, 2003. The court

ORAL ARGUMENT NOT REQUESTED

LAW OFFICES OF ROBERT SULLIVAN  190 Main Street  Westport, CT 06880  Tel. 227-1404  Juris No. 405837  Federal Bar No. CT08969