01CV1073 APPL HC

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC -5  A 10: 24

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:01CV1073 (JCH) |
| FOUR PARCELS OF PROPERTY LOCATED AT 28-31 BOUTON STREET, NORWALK, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, AND | : | |
| Defendants. | : | |
| CLAIMANT: ALQUEEN BURDEN] | : | |
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:01CV1086 (JCH) |
| ONE PARCEL OF PROPERTY LOCATED AT 27 LINCOLN AVENUE, NORWALK, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : | |
| Defendant. | : | December 5, 2003 |
| [CLAIMANT: ALQUEEN BURDEN] | : | |

Application granted. So Ordered. 12/5/03

APPLICATION FOR WRIT OF HABEAS CORPUS

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Henry K. Kopel, Assistant United States Attorney, and respectfully informs this Honorable Court: