CT/cvjysel (January 18, 2002)

HONORABLE **HALL**
DEPUTY CLERK **BOROSKE** (RPTR)/ERO/TAPE **FIANZA**

TOTAL TIME: ___ hours **10** minutes

DATE **2-24-04**  START TIME **2:35**  END TIME **2:45**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **01 LV 1073**
          **01 CV 1086**

**USA**

vs.

(**01CV1073**) USA v BOUTON ST
(**01CV1086**) USA v 27 LINCOLN AVE

§
§  **S. REYNOLDS, H. KOPEL**
§       Plaintiffs Counsel
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§  **R SULLIVAN, JOHN THYGERSON**
§       Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ........ ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☐ ........ ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☐ .....#__ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ .....#__ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ .....#__ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ .....#__ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ........ _____  ☐ filed ☐ docketed

☐ ........ _____  ☐ filed ☐ docketed

☐ ........ _____  ☐ filed ☐ docketed

☐ ........ _____  ☐ filed ☐ docketed

☐ ........ _____ # jurors present

☐ ........ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ........ Voir Dire by Court

☐ ........ Peremptory challenges exercised (See attached)

☐ ........ Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ........ Remaining jurors excused

☐ ........ Discovery deadline set for _____

☐ ........ Disposition Motions due _____

☐ ........ Joint trial memorandum due _____

☐ ........ Trial continued until _____ at _____

☐ COPY TO: JURY CLERK