UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-01-cv-1086 (JCH) |
| | : | |
| 27 LINCOLN AVE., ET AL | : | |
|     Defendants | : | MARCH 23, 2004 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____ A ruling on the following motion which is currently pending (orefm.):

\_\_√\_\_ A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 23rd day of March, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge