54

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 23 P 5: 25

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FOUR PARCELS OF PROPERTY<br>LOCATED AT 28-31 BOUTON<br>STREET, NORWALK, CONNECTICUT,<br>WITH ALL APPURTENANCES AND<br>IMPROVEMENTS THEREON, AND<br><br>    Defendants.<br><br>[CLAIMANT: ALQUEEN BURDEN] | Civil No. 3:01CV1073 (JCH) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE PARCEL OF PROPERTY<br>LOCATED AT 27 LINCOLN AVENUE,<br>NORWALK, CONNECTICUT,<br>WITH ALL APPURTENANCES AND<br>IMPROVEMENTS THEREON,<br><br>    Defendant.<br><br>[CLAIMANT: ALQUEEN BURDEN] | Civil No. 3:01CV1086 (JCH)<br><br><br><br>April 23, 2004 |

STIPULATION FOR COMPROMISE SETTLEMENT AND SETTLEMENT ORDER

It is hereby stipulated by and between the PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), on the one hand, and the CLAIMANT, ALQUEEN BURDEN ("CLAIMANT"), on the other, as follows: