UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil No. 3:01CV1086 (JCH) |
| ONE PARCEL OF PROPERTY : LOCATED AT 27 LINCOLN AVENUE, : NORWALK, CONNECTICUT, : WITH ALL APPURTENANCES AND : IMPROVEMENTS THEREON, : | |
| Defendant. : | September 9, 2004 |
| [CLAIMANT: ALQUEEN BURDEN] : | |

UNITED STATES'S UNOPPOSED MOTION TO DISMISS

The United States of America (the "United States") hereby moves the Court to dismiss the above-captioned civil action. As grounds for this motion, the United States says the following:

1. On April 23, 2004, the parties filed a Stipulation for Compromise Settlement and Settlement Order ("Stipulated Settlement"), which proposed a resolution of the above-captioned case and the related case of United States of America v. Four Parcels of Property Located at 28-31 Bouton Street, Norwalk Connecticut, et al., Civil No. 3:01CV1073 (JCH) ("Bouton Street case"). In the Bouton Street case, the Court signed the proposed Order incorporating the Stipulated Settlement on April 29, 2004, and the Order was filed on April 30, 2004. On June 28, 2004, this Court issued a Decree of Forfeiture in the Bouton Street case. On that same day, the Court signed and filed an endorsement of the Stipulated Settlement in this case.

2. Paragraph 8 of the Stipulated Settlement, and paragraph 6 of the Order filed in the Bouton Street case, both state in their entirety:

> That, upon the Court's issuance of the Decree of Forfeiture with respect to the 28-31 Bouton Street property, the Court shall dismiss the civil action, United States v. One Parcel of Property at 27 Lincoln Ave., et al., No. 3:01CV1086. Said dismissal shall constitute the United States of America's consent to the CLAIMANT's retaining title and ownership of the property known as 27 Lincoln Ave., Norwalk, Connecticut, more specifically described in Exhibit 2 to this Stipulated Settlement (hereinafter, the "27 Lincoln Ave. property.").

3. Accordingly, both the Stipulated Settlement and the Order require that this case be dismissed.

4. Lead counsel for the Claimant, Robert Sullivan, Esq., has advised undersigned counsel that he has no objection to this motion.

WHEREFORE, the United States respectfully requests that the Court issue the accompanying Order dismissing this case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

HENRY K. KOPEL
Assistant U.S. Attorney
157 Church Street, 23d Floor
New Haven, CT 06510
(203) 821-3769
Federal Bar # ct24829

## CERTIFICATE OF SERVICE

This is to certify that I caused a copy of the foregoing to be sent by first class mail, postage prepaid, on this 9th day of September, 2004, to:

Robert Sullivan, Jr. Esq.
Law Offices of Robert Sullivan
190 Main Street
Westport, CT 06880

John P. Thygerson, Esq.
DePanfilis & Valleris LLC
25 Belden Avenue
Norwalk, CT 06850

_____
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:01CV1086 (JCH) |
| ONE PARCEL OF PROPERTY LOCATED AT 27 LINCOLN AVENUE, NORWALK, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : |
| Defendant. | : |
| [CLAIMANT: ALQUEEN BURDEN] | : |

ORDER

Upon consideration of the United States of America's Unopposed Motion to Dismiss ("Motion to Dismiss"), and the representations therein,

IT IS HEREBY ORDERED that the Motion to Dismiss is hereby granted; and

IT IS FURTHER ORDERED that the above-captioned case is hereby dismissed.

Dated this _____ day of _____, 2004, at Bridgeport, Connecticut.

_____
HON. JANET C. HALL
UNITED STATES DISTRICT JUDGE